FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00845-CV

Raymond G. **ROMERO**,
Appellant

v.

Frank **HERRERA** Jr.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08392
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to January 25, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court